## MEYER V. ALLEN.

(Decided Feb. 13, 1908.)

APPEAL from Marengo Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

C. K. ABRAHAMS, for appellant. WILLIAM CUNNING-HAM, for appellee.

Per curian. Affirmed.

---

## MONTGOMERY LIGHT & WATER POWER CO., ET AL. V. CITIZENS L. H. & P. CO.

(Three cases.)

(Decided Dec. 19, 1907.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

No counsel marked for either party.

Per curiam. Affirmed.

---

## MOORE V. TODD, ET AL.

(Decided Feb. 6, 1908.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

CALDWELL & CARMICHAEL, for appellant. WILLIAM CONNIFF, for appellee.

Affirmed. Opinion by DOWDELL, J.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.

---

## NEAL V. CITY OF SHEFFIELD.

(Decided Feb. 6, 1908.)

APPEAL from Colbert Circuit Court.

Heard before Hon. Jos. H. NATHAN.

JAMES H. BRANCH, for appellant. W. S. WHITE and JOHN S. PEACH, for appellee.

Per curiam. Appeal dismissed.